**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| DAVID STATTON, individually and as a representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ECOLAB, INC., THE PLAN ADMINISTRATOR OF THE ECOLAB PENSION PLAN, and THE ECOLAB PENSION PLAN,<br><br>Defendants. | Case No. 0:24-CV-00546-JMB-SGE |

**<u>JOINT STATUS REPORT</u>**

Plaintiff David Statton ("Plaintiff") and Defendants Ecolab, Inc., the Plan Administrator of the Ecolab Pension Plan, and the Ecolab Pension Plan ("Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby jointly provide an update to the Court. Pursuant to Court order (ECF No. 154), the Parties state as follows:

1. Upon joint request of the Parties, the Court previously stayed the action so that the Parties could attempt to reach a settlement of this matter. ECF No. 154.

2. On October 13, 2026, the Parties engaged in an all-day mediation by Zoom conference, facilitated by the mediator Robert Reinhart. The day concluded without a settlement, but the Parties agreed to continue negotiating through Mr. Reinhart.

3. On October 15, 2026, the Parties agreed to a settlement in principle.

4. At this time, the Parties are working to memorialize the terms of the settlement in principle in a Term Sheet. After that, the Parties will prepare a class action settlement agreement and related settlement documents.

5. The Parties respectfully request that the Court continue the stay of discovery and set a deadline of December 18, 2026, for Plaintiff to file a Motion for Preliminary Approval of Settlement.

Respectfully submitted,

Date: October 20, 2026

*/s/ Brock J. Specht*
**NICHOLS KASTER PLLP**
Brock J. Specht, MN Bar No. 0388343
4700 IDS Center
80 S. Eighth St.
Minneapolis, MN 55402
Tel.: (612) 256-3200
Email: bspecht@nka.com

**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
Mary Bortscheller, MN Bar No. 0399634
970 Raymond Avenue, Suite G-60
Saint Paul, MN 55114
Telephone: 510-606-5129
Email: mary@feinbergjackson.com

Nina Wasow (Cal. Bar No. 242047)*
Todd Jackson (Cal. Bar No. 202598)*
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel.: (510) 269-7998
Fax: (510) 269-7994
Email: nina@feinbergjackson.com
Email: todd@feinbergjackson.com

*/s/ Abbey Glenn*
**MORGAN, LEWIS & BOCKIUS LLP**
Jeremy P. Blumenfeld*
Mary Ann F. McNulty*
2222 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-5000
Fax: (215) 963-5001
Email: jeremy.blumenfeld@morganlewis.com
Email: mary.mcnulty@morganlewis.com

Melissa D. Hill*
101 Park Avenue
New York, NY 10178
Tel.: (212) 309-6318
Fax: (212) 309-6001
Email: melissa.hill@morganlewis.com

Abbey M. Glenn*
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001
Email: abbey.glenn@morganlewis.com

Dylan D. Rudolph*

*Admitted Pro Hac Vice

*Attorneys for Plaintiff and the Putative Class*

1400 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 843-4000
Fax: (650) 843-4001
Email: dylan.rudolph@morganlewis.com

**NILAN JOHNSON LEWIS PA**
Daniel J. Supalla, MN Bar No. 0387064
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Tel.: (612) 305-7500
Fax: 612-305-7501
Email: dsupalla@nilanjohnson.com

*Admitted Pro Hac Vice

*Attorneys for Defendants*